## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**MISHA BROWN, DIAMOND MOBLEY,**
**DARNELL MURRAY, and DARNELL MURRAY,**

       **Plaintiffs,**                      **CASE NO: _____**

**vs.**                                    **JURY TRIAL DEMAND**

**APPLEBEE'S INTERNATIONAL, INC.**
**d/b/a APPLEBEES NEIGHBORHOOD BAR + GRILL,**
**and DINE BRANDS GLOBAL, INC.**

       **Defendant.**
**_____/**

### COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff **MISHA BROWN**, Plaintiff **DIAMOND MOBLEY**, Plaintiff **DARNELL MURRAY**, and Plaintiff **DARNELL MURRAY** (hereinafter collectively referred to as "Plaintiffs") by and through the undersigned counsel, files the instant lawsuit against Defendant **APPLEBEE'S INTERNATIONAL, INC.** d/b/a **"APPLEBEES NEIGHBORHOOD BAR + GRILL",** and Defendant **DINE BRANDS GLOBAL, INC.** (hereinafter collectively referred to as "Applebee's") and as grounds states as follows:

### PREAMBLE

1.      42 U.S. Code § 1981. Equal Rights Under The Law, (a) STATEMENT OF EQUAL RIGHTS, states in pertinent part: "All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other."

## NATURE OF THIS ACTION

2.      This is an action for declaratory, injunctive relief, and monetary damages to redress Applebee's unlawful public accommodation and illegal contracting practices against Plaintiffs because of their African American race in violation of the Section 1981 of the Civil Rights Act of 1866, 42 U.S.C. § 1981 ("Section 1981").

3.      Applebee's has a pattern of targeting and illegally discriminating against its African American employees and consumers.  The illegal discriminatory and abusive treatment that Plaintiffs received during their December 29, 2020 encounter with Applebee's Caucasian managers/employees, deprived them of their right to contract on the same terms as Applebee's' Caucasian customers.

4.      Plaintiffs objective in filing the instant lawsuit is to obtain legal redress, compensatory and punitive damages in the amount of One Million Dollars ($1,000,000.00) in order to send a loud message to Applebee's and other similarly situated restaurants/public accommodation establishments, that race discrimination is intolerable and unacceptable in America's restaurant environments, and to deter Applebee's and other public business from such discriminatory conduct in the future.

## JURISDICTION AND VENUE

5.      This is an action for damages in excess of this Court's jurisdictional threshold amount of Seventy-Five Thousand Dollars ($75,000.00).

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

6.      Plaintiffs are citizens and residents of the State of Florida, Duval County; thus, this honorable Circuit Civil Court has personal jurisdiction over Plaintiffs.

7.      Defendant Applebee's International, Inc. d/b/a/ "Applebee's Neighborhood Bar + Grill ("Applebee's") is a foreign corporation whose corporate office is located at 8140 Ward Parkway, Kansas City, MO 64114; thus, this United States District Court has diversity/personal jurisdiction over Applebee's.[1]

8.      Defendant Dine Brands Global, Inc. is a publicly traded food and beverage company based in Glendale, California.  Founded in 1958 as IHOP, Dine Brands Global, Inc. operates franchises and corporate owned full-service restaurants including two restaurant concepts, Applebee's Neighborhood Grill + Bar and International House of Pancakes (IHOP).  Dine Brands Global Inc.'s, corporate headquarters is located at 450 N. Brand Boulevard, Suite 7, Glendale, CA 91203.; thus, this United States District Court has diversity/personal jurisdiction over Applebee's.

9.      Applebee's discriminatory acts, unlawful racism and abusive treatment as alleged herein, occurred at the  Applebee's restaurant located at 5055 J. Turner Butler Blvd., Jacksonville, FL  32216.

---

[1] Based upon information provided by the State of Florida, Division of Corporations and belief Applebee's is in violation of Florida Statute, Chapter 607.0501 because of Applebee's failure to have a current/valid Registered Agent designated and listed with the State of Florida, Division of Corporations.

**\*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256\***
**Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com**

10.     Pursuant to 28 U.S.C. § 1391, venue is proper in this honorable Court because this district is the venue in which the unlawful acts, events and omissions giving rise to Plaintiffs' claims as alleged herein occurred.

11.     Applebee's is a food service public accommodation establishment recognized under Section 1981; thus, this honorable Court has subject matter jurisdiction in this action under 42. U.S.C 1981., Equal Rights Under The Law ("Section 1981 and 28 U.S.C. § 1332").

12.     At all relevant times, Applebee's meets the definition of a food service-public accommodation entity that is recognized under Section 1981.

13.     At all relevant times, Plaintiffs met the definition of African American public consumers under Section 1981.

## THE PARTIES

14.     Applebee's, Inc., is an American owned chain of casual dining restaurants located in the United States, Canada, Mexico, Brazil, Qatar, Saudi Arabia, Kuwait, and the United Arab Emirates.  Applebee's develops, franchises, and operates the Applebee's Neighborhood Grill + Bar restaurant chain.  The Applebee's concept focuses on casual dining, with mainstream American dishes such as salads, chicken, pasta, burgers, and "riblets". Applebee's restaurants feature a bar area and serve alcoholic beverages to public consumers/customers.

15.     Plaintiff Misha Brown (African American - 40 years old).

16.     Plaintiff Brown is the mother of Plaintiff Diamond Mobley (African American-24 years old) and Plaintiff Darnell Murray (African American - 20 years old).

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

17.     Plaintiff Darnell Murray (African American- 41 years old) is the father of Plaintiff Darnell Murray.

## APPLEBEE'S'S RECENT HISTORY OF ILLEGAL RACE/COLOR DISCRIMINATION

18.     Applebee's has a recent history of illegal based discrimination, racial targeting, and harassment against its own minority employees and Applebee's minority customers.

19.     In August 2003, The U.S. Equal Employment Opportunity Commission (EEOC) settled a lawsuit against Applebee's under Title VII of the Civil Rights Act of 1964 (Case No. 1:02-CV-829).   Prior to this lawsuit, shockingly Applebee's did not have a written policy in effect at any of its nationwide restaurants prohibiting discrimination based on color.  Applebee's was ordered by the EEOC to amend its Title VII of The Civil Rights Act of 1964, harassment and discrimination policies[2].

20.     A St. Louis, MO woman was racially profiled at an Independence Applebee's when, she says, she and a friend were accused of leaving without paying their bill during a previous visit. After an internal investigation and in-line with our values, the offending Applebee's franchisee terminated the offending manager, server and another employee involved in the incident. (See "Applebee's fires 3 workers, apologizes after racial profiling allegation.")[3]

---

[2] Press U./S. EEOC Release - 08-07-2003 "EEOC Settles Color Harassment Lawsuit With Applebee's Neighborhood Bar and Grill".

[3] See The Washington Post, February 18, 2018; washingtonpost.com.

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

21.    In January 2020, a former supervisor at an Applebee's in New Jersey sued Applebee's alleging she was fired after she asked a bar patron who made derogatory comments about Muslims to leave.[4]

## PLAINTIFFS' FACTUAL ALLEGATIONS

22.    At all material times and during the events, illegal race discrimination and harassment as alleged herein Plaintiff Brown was recovering from her recent surgery.

23.    During the 2020 Christmas holiday season, Plaintiffs were looking forward to escaping the confines of the COVID-19 Pandemic.

24.    Plaintiffs were looking forward to getting out of their home to enjoy a dining experience at Applebee's after Plaintiff Brown's surgery.

25.    On December 29, 2020 Plaintiffs went to the Applebee's restaurant located on 5055 J. Turner Butler Blvd., Jacksonville, FL 32216 around 1:30 p.m. to purchase food and alcoholic beverages.

26.    Upon entering the restaurant, the Applebee's Front Door host/greeter assigned a Caucasian female server (**Rena**) to serve Plaintiffs their food and alcoholic beverages.

27.    While patiently waiting to be served food/beverages, Plaintiffs noticed that the majority of Applebee's servers and managers on duty at that time were Caucasian employees.

28.    When Plaintiffs sat at their table, Rena angrily approached Plaintiffs' table and she immediately treated Plaintiffs with a bad attitude, utter disrespect and unusual harshness.

---

[4]See U.S. News, January 23, 2020; "Former Applebee's employee says she was fired for booting customer who made anti-Muslim comments."  (https://thehill.com/homenews/state-watch/479680).

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

29.    Rena made it readily apparent to Plaintiffs that she did not want to serve their table.

30.    When Plaintiffs stated to Rena that they wanted to purchase alcoholic beverages before ordering their meals, Rena demanded that Plaintiffs show her their personal identifications.

31.    Plaintiff Brown advised Rena that she had to go outside to retrieve her driver's license from her automobile.

### PLAINTIFFS WERE OVERLOOKED AND IGNORED

32.    Upon Plaintiff Brown's return into the Applebee's restaurant, she noticed that Rena and the other Applebee's Caucasian servers were eagerly serving the Applebee's Caucasian patrons that had entered the Applebee's restaurant before and after *(emphasis supplied)* Plaintiffs' arrival.

33.    Rena did not greet Plaintiffs and she did not bring Plaintiffs food/beverage menus.

34.    When Plaintiffs asked Rena for food/beverage menus, Rena angrily approached Plaintiffs' table and she <u>threw</u> *(emphasis supplied)* one menu at Plaintiffs' table.

35.    When Plaintiffs objected to Rena's disrespect and her use of profane words towards them, Rena became angrier and she continued to utter an unwarranted barrage of profane words at Plaintiffs.

### "RENA STATED SHE DID WANT TO SERVE THOSE BLACK FOOLS"

36.    Rena then yelled, and she screamed out loud in part in the presence of Applebee's customers: **"I do not want to serve these Black fools"**.

37.    Rena then continued to direct a barrage of embarrassing insults and profane words at Plaintiffs.

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

38.     Based upon information and belief, other Applebee's customers verified and complained to the Manager and other servers about Rena's racist statements, disrespect, profanity and her verbal assault that she exacted upon Plaintiffs.

## PLAINTIFF BROWN REPORTED RENA'S RACIST STATEMENTS AND VERBAL ASSAULT TO THE APPLEBEE'S GENERAL MANAGER

39.     Plaintiff Brown asked another server to direct her to the Applebee's General Manager.

40.     The server advised Plaintiff Brown, that a Caucasian male Applebee's General Manager name (**Sean O.**) Caucasian male was working as the General Manager ("hereinafter referred to as the "Manager")

41.     Plaintiff Brown reported Rena's racist statements, verbal assault and mistreatment to the Manager.

42.     Plaintiff Brown asked the Manager to investigate Rena's verbal assault and she asked the Manager to make Rena apologize to her family for her racist statements, public embarrassment and her verbal assault.

43.     Rather than making Rena apologize to Plaintiffs for her racist statements and offensive behavior, the Manager was apathetic and ignored Plaintiffs' concerns.

44.     The Manager went into the back of the Applebee's restaurant with Rena.

45.     Thereafter, Rena came back out into the restaurant and she was allowed to continue serving Applebee's customers.

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

## APPLEBEE'S GENERAL MANAGER FAILED TO INVESTIGATE OR SHOW EMPATHY FOR PLAINTIFFS' HORRIBLE DINING EXPERIENCE

46.     Plaintiff Brown again asked the Manager to investigate Rena's racist statements and her verbal assault.

47.     Plaintiff Brown asked the Manager to make Rena offer her family an apology for their public humiliation, embarrassment and her verbal assault.

48.     Plaintiff Brown asked the Manager for an Applebee's corporate complaint contact and telephone number.

49.     The Manager's acrimonious response to Plaintiff Brown's complaint was in part "report your concerns to Applebee's corporate office".

50.     Then the Manager allowed Rena to continue serving Applebee's Caucasian customers and he allowed Rena to continue working, which allowed Rena the opportunity to walk by Plaintiffs and to leer and glare at Plaintiffs.

## AFTER PLAINTIFFS REPORTED RACE DISCRMINATION AND HARASSMENT COMPLAINTS, THEY STILL WERE NOT SERVED FOOD / BEVERAGES

51.     After Plaintiff Brown had lodged her race discrimination and harassment complaint to the Manager, Plaintiffs waited patiently at their table to be served.

52.     The Manager did not assign any other server to take Plaintiffs' food and beverage order.

53.     The Manager refused to give Plaintiff Brown his full name and the full name of Rena.

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

54.     The Manager did not write down Plaintiffs' names nor did he take down Plaintiffs' contact and telephone information.

55.     The Manager allowed Rena to keep serving Applebee's Caucasian customers and he allowed Rena to continue serving tables, which allowed Rena to walk by Plaintiffs and gave her the opportunity to angrily stare, leer and glare at Plaintiffs.

56.     The Manager did not make Rena apologize to Plaintiffs in any way whatsoever.

57.     Plaintiffs realized that they were not welcomed in Applebee's because of their African American race.

58.     In order to avoid more confrontation and public embarrassment, Plaintiffs dropped their heads in "utter shame" and they left Applebee's in a peaceful and respectful manner.

59.     Upon exiting the Applebee's restaurant, Plaintiff witnessed Rena and Applebee's' other Caucasian servers willingly and eagerly serving Applebee's Caucasian patrons.

60.     At all material times, Rena (Caucasian) and the Manager (Caucasian) denied Plaintiffs food/beverage service because of their African American race and Applebee's treated Plaintiffs as if they were "**inferior", "second class**" Applebee's customers.

61.     At all material times, Applebee's managers/employees have demonstrated a willful indifference and callous disregard for Plaintiffs' rights to contract freely, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship with Applebee's.

62.     At all material times and during the acts alleged herein, Applebee's employees, managers, and corporate officials have demonstrated a callous indifference and a willful disregard to Plaintiffs' right to be treated equally as their Caucasian comparator in Applebee's --- a public food/beverage business establishment.

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

**APPLEBEE'S CORPORATE OFFICIALS FAILED TO TIMELY RESPOND TO
PLAINTIFFS' TELEPHONIC RACE DISCRIMINATION, HARASSMENT AND
PUBLIC EMBARASSMENT/HUMULIATION COMPLAINT**

63.    Plaintiff Brown made a telephonic complaint to the Applebee's Customer Service Hotline reporting the race discrimination, harassment and public embarrassment that Applebee's (Rena) caused her family (Applebee's Complaint/Case Number 263-5749).

64.    Plaintiff Brown also reported to the Applebee's corporate officials the Manager's apathy, his overall lack of concern, his refusal to provide information regarding Applebee's customer service complaint process/department and the Manager's refusal to have Rena apologize to Plaintiffs.

65.    On January 7, 2021 a person (**Dennis L.**[5]) contacted Plaintiff Brown via her telephone purporting to be an Applebee's corporate representative.

66.    Plaintiff Brown directed Applebee's (Dennis L.) that she was represented by counsel [and] she directed him to contact the undersigned attorney regarding her race discrimination/harassment complaint (Applebee's Complaint/Case Number 263-5749).

67.    The undersigned attorney called Applebee's (Dennis L.).  He represented that he was an Applebee's official, but he refused to identify himself and he otherwise refused to communicate with the undersigned attorney in any way whatsoever regarding Applebee's Complaint/Case Number 263-5749 and the instant lawsuit.

68.    For these reasons, Plaintiffs seek Federal Court intervention, redress, compensatory and punitive damages, and injunctive relieve in this action as alleged herein.

---

[5] The name "Dennis L."  (Telephone 904-553-8749) appeared on Plaintiff Brown's cellular telephone.

**COUNT I**
**ILLEGAL RACED BASED DISCRIMINATION**
**IN CONTRACTING AND PUBLIC ACCOMODATIONS**
**The Civil Rights Act of 1866, 42 U.S.C. §1981 et. seq.**

69.     The allegations contained in paragraphs 1-68 inclusive are re-alleged and hereby incorporated by reference.

70.     42 U.S.C. § 1981 (2000) ("(a) ("Section 1981") provides in pertinent part that "All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give  evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains,  penalties, taxes, licenses, and exactions of every kind, and to no other. (b) For purposes of this section, the term "make and enforce contracts" includes the "making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.").

71.     Plaintiffs are African American, and they are therefore recognized as public consumers and members of a protected category under Section 1981.

73.     While denying Plaintiffs the opportunity to contract for food/beverages, Applebee's at the same time, was allowing its Caucasian customers to make food/beverage purchases.

74.     While denying Plaintiffs the opportunity to contract for food/beverages, Applebee's gave more favorable/preferential treatment to its Caucasian customers.

75.     At all material times, Applebee's engaged in racial stereotyping, racial harassment and Applebee's unlawfully denied Plaintiffs the opportunity to equally contract and to make food/beverage purchases because of their African American race.

**\*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256\***
**Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com**

76.    Applebee's by and through its managers, employees and agents intentionally subjected Plaintiffs to unlawful race discrimination and unequal treatment because of Plaintiffs' African American race.

77.    Applebee's agents/principal(s) engaged in the course of conduct described in the allegations of this complaint while acting in the course, scope and furtherance of their agency/employment relationship with Applebee's.

78.    As a direct and proximate result of Applebee's unlawful race discrimination, racial harassment and unequal treatment as alleged herein, Plaintiffs have suffered damages, including, but not limited to, contractual damages, compensatory damages, punitive damages, consequential damages and the loss of their personal dignity.

79.    WHEREFORE, Plaintiffs seeks an award of injunctive relief, compensatory damages and punitive damages against Applebee's for its unlawful race discrimination and unequal treatment under Section 1981, together with litigation costs, attorneys' fees, expert witness fees, applicable interest and such other relief as the Court deems as just and proper under the alleged circumstances.

**PRAYER FOR RELIEF AND DAMAGES**

80.    Plaintiffs request that the Court enter judgment in their favor against Applebee's containing the following relief:

A.    Grant Plaintiffs a Trial by Jury;

B.    A declaratory judgment that the actions, conduct and practices of Applebee's complained of herein, violate the anti-discrimination laws of the United States and the State of Florida;

**\*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256\***
**Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com**

C.  An order directing Applebee's to take such affirmative action as is necessary to ensure that the effects of these unlawful employment practices and other unlawful conduct are eliminated and do not continue to affect other minority customers that seek to make food/beverage purchases from Applebee's;

D.  An award of $1,000,000.00 to Plaintiffs for compensatory damages, punitive damages under the anti-discrimination provisions of Section 1981;

E.  An award of attorneys' fees, costs and expenses, and applicable interest under the anti-discrimination provisions of Section 1981;

F.  A jury instruction at trial that the purposes of a punitive damages award against Appleebee's is not to compensate Plaintiffs, but to punish Applebee's, and to deter Applebee's and other restaurants and public business establishments from such illegal racism and discriminatory conduct in the future.

G.  Grant such other and further relief as the Court deems just and appropriate under the circumstances.

DATED: January 8th, 2020.                    Respectfully submitted:

**THE JONES LAW FIRM, P.A.**

BY:  **s/J. Eric Jones, Esquire**
Florida Bar No: 0594571
10752 Deerwood Parkway, Suite 100
Jacksonville, FL 32246
Telephone: (904) 434-7553
Email: wereallycareaboutu@gmail.com
Plaintiffs' Trial Counsel

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this **8th** day of January 2021, a copy of the forgoing was electronically filed on the United States District Court, Middle District of Florida's EM/ECF electronic filing system:

**s/J. Eric Jones**
Attorney

*The Jones Law Firm, PA, 10752 Deerwood Park Blvd., Suite 100, Waterview Office, Jacksonville, FL 32256*
Telephone: (904) 434.7553; E-Mail: Wereallycareaboutu@gmail.com